AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| MANUEL GREGORIO SALAZAR JIMENEZ, | JUDGMENT IN A CIVIL CASE |
| Petitioner, | |
| v. | CASE NUMBER: 5:26-cv-111 |
| WARDEN, FOLKSTON ICE PROCESSING CENTER, | |
| Respondent. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order entered February 23, 2026, Respondent's motion to dismiss is granted, and Petitioner's 28 U.S.C. § 2241 petition is denied as moot.  Further, Petitioner is denied leave to proceed in forma pauperis on appeal.  This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Febry 25, 2026
*Date*



John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Ann Duke, Deputy Clerk*